CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
WANDA LEE TYLER

FILED
FEB 28 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:23-MJ-00021-BAM<br>Case No. CR 20-436-JFW-2 |
| Plaintiff, | |
| v. | **ORDER TO RECALL BENCH WARRANT** |
| WANDA LEE TYLER, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bench warrant issued by this Court on January 11, 2023, is recalled.

DATED: February 27, 2023

_____
HONORABLE JOHN F. WALTER
United States District Judge

**CC: U. S. Marshals Service**
   **U.S. Probation and Pretrial Services**